LANPHER-SKINNER COMPANY, a Foreign Corporation, v. T. R. QUAM, Doing Business as Quam Clothing House.

(131 N. W. 246.)

Opinion filed March 28, 1911.   Rehearing denied May 1, 1911.

Appeal from District Court, Eddy county; *Burke,* Judge.
From an order dissolving an attachment, plaintiffs appeal.
Affirmed.
*John Knauf,* for appellant.
*Maddux & Rinker,* for respondent.

PER CURIAM.   This action involves the identical questions decided at this term in the case of Weil v. Quam, ante, 344, 131 N. W. 244, and it was agreed that the decision in this case should follow that.

The judgment of the lower court in dissolving the attachment is therefore affirmed.

All concur, except MORGAN, Ch. J., not participating, and BURKE, J., disqualified.

BURKE, J., having tried the case below, did not sit in the case, and took no part in the decision, Honorable CHARLES A. POLLOCK, Judge of the Third Judicial District, sitting in his stead.